IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:15-cv-00597-SWW |
| WINDSTREAM COMMUNICATIONS, | * * | |
| Defendant. | * | |

ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 24th day of September 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE