IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**               **PLAINTIFF**

**4:15-CV-00597-BRW**

**WINDSTREAM COMMUNICATION**                              **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of December, 2016.

                /s/ Billy Roy Wilson
                 UNITED STATES DISTRICT JUDGE